No. 705.   SWITCHMEN'S UNION OF NORTH AMERICA ET AL. *v.* OGDEN UNION RAILWAY & DEPOT Co. ET AL. C. A. 10th Cir.   Certiorari denied.   *Solomon Sachs* and

*S. Walter Shine* for petitioners. *Bryan P. Leverich* for the Ogden Union Railway & Depot Co.; and *Calvin W. Rawlings* for the Brotherhood of Railroad Trainmen, respondents.